MOE ROSENTHAL and Another v. JACOB SEVILLE and Another.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NORTHWESTERN NATIONAL BANK v. THE COLONIAL BANK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

STANLEY MOSES v. GILLIES-CAMPBELL COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES K. FANKHAUSER v. L. RAY SMITH and Others. STEPHEN F. BRIGGS. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY S. PUDER v. DAYTON E. SMITH.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY S. PUDER v. DAYTON E. SMITH.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CITY OF NEW YORK v. NICHOLAS VASSILIOU.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEW YORK CENTRAL RAILROAD COMPANY v. THE CITY OF NEW YORK.— Motion granted, and on reargument the motion for leave to appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Easterly Side of Fifth Avenue, between 103rd and 104th Streets, Adjoining the Westerly Side of Public School 171, in the Borough of Manhattan, City of New York, Selected as a Site for School Purposes.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE TEISCH v. JACOB SINGER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH MOGUL, INC., v. C. LEWIS LAVINE, INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JEANNETTE M. MILCH v. VICTOR W. MILCH.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB GERSEN and Others v. JOSEPH WASSERMAN and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD H. HOFFMANN v. JANET B. HOFFMANN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROBERT J. TOD v. ERNEST L. SIMPSON and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER FEDER, an Infant, etc., v. AMBASSADOR HOLDING CORPORATION and Others, Impleaded, etc. ISIDORE FEDER v. AMBASSADOR HOLDING CORPORATION and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES J. DRYDEN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MOSES VALENTINE to Compel SAMUEL D.